IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LARRY DOE and KATHERINE
DOE, On Behalf of "C" Doe, a Minor                                                  PLAINITFFS

VS.                                  CASE NO. 05-CV-1076

DENNY ROZENBERG, et al.                                                             DEFENDANTS

## ORDER

      Before the Court is Defendants' Motion to Continue.  (Doc. No. 10).  Defendants seek a continuance of this matter which is currently set for trial the week of May 7, 2007.  They state that Denny Rozenberg, one of the Defendants in this matter, has been mobilized with the Arkansas Army National Guard, been deployed out of the country and is unavailable for trial.  Defendants also state that they have contacted counsel for the Plaintiffs and the Plaintiffs have no objection to the motion.  Upon consideration, the Court finds that the motion to continue should be and hereby is **granted**.  The Court also finds that this matter should be stayed until such time as the Defendant returns from active duty.  Therefore, the Clerk is hereby ordered to administratively terminate the above styled and numbered case.   The case will be reopened upon notification by the parties that the Defendant Denny Rozenberg was returned from active duty.

      IT IS SO ORDERED, this 11th day of April, 2007.

                                        /s/Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge